**John W. Villines (CA SBN 193672)**
**JV LAW**
**726 14th Street, Suite E**
**P.O. Box 580049**
**Modesto, CA  95358-0002**
**Tel:  (209) 538-9903**
**Fax: (209) 538-6655**
**E-Mail:  john@jvlaw.net**

**Attorneys for Plaintiff TED D. HOWZE**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| TED D. HOWZE, an individual<br><br>          Plaintiff,<br><br>   vs.<br><br>PAUL JONSON, an individual, SOLUTIONS UNLIMITED, a business entity, form unknown, THOMAS W. MAYFIELD, an individual, MARIE ASSALI, an individual, and THE COMMITTEE TO RE-ELECT TOM MAYFIELD, a business entity;<br><br>          Defendants. | Case No.: 1:05-CV-00235-SMS<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

    IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED:  May 4, 2007          By:  /s/ John W. Villines
                                  John W. Villines, Attorneys for
                                  Plaintiff TED D. HOWZE

DATED:  May 4, 2007          By:  /s/ Dan Farrar (as authorized on 4/26/07)
                                  Eric Daniel Farrar, Attorneys for
                                  All Defendants

-1-

**STIPULATION & ORDER OF DISMISSAL WITH PREJUDICE**

PDF created with pdfFactory trial version www.pdffactory.com

1   IT IS SO ORDERED.

3   DATED:  5/7/2007                         /s/ Sandra M. Snyder
                                             SANDRA M. SNYDER
4                                            United States Magistrate Judge

**STIPULATION & ORDER OF DISMISSAL WITH PREJUDICE**

PDF created with pdfFactory trial version www.pdffactory.com